# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| KEVIN HORNBACK, et. al. | : | Case No. 3:20-CV-00703 |
| Plaintiffs | : | |
| v. | : | |
| THOMAS CZARTORSKI, et. al. | : | |
| Defendants | : | |

## STIPULATION BETWEEN COUNSEL AND AGREED ORDER CONCERNING REMOTE DEPOSITION

The parties, by and through Counsel, desiring to conduct certain depositions, remotely through Zoom conference, stipulate and agree, and the Court hereby orders:

(i) this deposition may be taken by Zoom meeting, hosted by the Court Reporter, with none of the participants (including the court reporter) in the same physical location, provided that if the deponent is able to be recorded, observed, and heard along with his counsel, clearly, then the deponent and his counsel may be in the same room;

(ii) this deposition may be taken with the Court Reporter sitting in a separate location from the witness, and that the oath administered to the witness remotely, be fully binding upon the witness;

(iii) this deposition may be recorded by stenographic and/or video means, by the Court Reporter, and used for any and all purposes under the civil rules as if recorded in the same physical location;

(iv) this deposition be conducted in the location where the deponent is physically located, with participants participating remotely;

(v) that exhibits be permitted to be introduced remotely, by showing them on the screen, and a copy of same will be provided to the court reporter for inclusion in the official transcript;

(vi) that only one attorney be permitted to take the deposition of each deponent, and only one attorney per party will be permitted to object or defend the deposition of each deponent; any such attorney will identify themselves when making any objection;

(vii) that no party will raise any future objection under any civil rule or applicable law, to this deposition or the deposition notice, due to the means or mechanism of recording it remotely through the Zoom platform or through the participants attending remotely;

(viii) Counsel for Defendants and Plaintiffs, and the deponent, will ensure that they participate in this deposition with fully functioning high speed internet so as to not disrupt the proceedings;

(ix) no counsel shall initiate a private conference, including through text message, electronic mail, or the chat feature in the videoconferencing system, with any deponent while a question is pending, except for the purpose of determining whether a privilege should be asserted.

IT IS SO ORDERED:

_____

Judge Jennings

Agreed:

/s/Christopher Wiest            /s/Brenn Combs
*Counsel for Plaintiffs*         *Counsel for Defendants*