UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:20-CV-00703-RGJ-LLK

KEVIN HORNBACK, *et al.*                                                                              PLAINTIFF

v.

THOMAS CZARTORSKI, *et al.*                                                                 DEFENDANT

**OPINION & ORDER**

Judge Rebecca Grady Jennings referred this matter to Magistrate Judge Lanny King for resolution of all litigation planning issues, a scheduling conference, entry of scheduling orders, consideration of amendments thereto, and resolution of all non-dispositive matters, including discovery issues. [DN 8].

On February 4, 2021, Brenn Comb's filed his Motion to Withdraw as Attorney and Defendants' Motion for Extension of Time to File Response to Plaintiff's Motion to Amend Complaint. [DN 24]. Parker Wornall entered an appearance for Defendant Czartorski on March 11, 2021 and filed a response brief. [DN 31]. And on March 29, 2021, the Court conducted a telephonic status conference with counsel for all parties in attendance. [DN 19]. Accordingly, **IT IS HEREBY ORDERED:**

1. Brenn Comb's Motion to Withdraw as Attorney is **GRANTED.** Brenn Combs shall no longer be counsel of record for Defendants Czartorski, Wright, or Dreisbach. Defendants Wright and Dreisbach shall enter an appearance of substitute counsel within forty-five days after the entry of this order.

2. Defendant's Motion for Extension of Time is **GRANTED**. Brenn Combs remains counsel of record for Defendant Brown. Defendant Brown shall file any response to the Plaintiff's Motion to Amend within ten days from the date of entry of this Order.

Defendants Wright and Dreisbach shall file any response to the motion within ten days from the appearance of new counsel for each. Plaintiff shall file any reply no later than ten days after the last Defendant's response is filed, or due to be filed.

3. A telephonic status conference is set for **June 7, 2021, at 11:30 a.m. Eastern (10:30 a.m. Central).** Counsel for the parties shall connect to the call by dialing the toll-free meeting number **1-877-848-7030** and entering access code **7238577#** when prompted.

**IT IS SO ORDERED**

April 1, 2021

Lanny King, Magistrate Judge
United States District Court

c: Counsel
p: 0.12