**From:** Alex W. Wilcox
**Sent:** Tuesday, September 28, 2021 10:49 AM
**To:** parker@ccgattorneys.com
**Cc:** Jason Morgan <jason.morgan@whtlaw.com>
**Subject:** Alex Hornback et al. v Thomas Czartorski et al.

Parker,

I just left a message with your office but figured it would be easier to just shoot you an email on the same matter. As you have likely seen, Jason has entered his appearance as counsel of record for Thomas Czartorski in the above styled matter. I wanted to touch base with you regarding your files and how we can efficiently transfer them over to us. Get in touch with me whatever way is easiest at your earliest convenience.

Kind regards,
Alexander W. Wilcox
Associate

Ward
Hocker
Thornton

Vine Center
333 West Vine Street, Suite 1100
Lexington, KY 40507

**Exhibit 1**