JASON MORGAN

859 ███

(Poss New Case)

1st Contact
11-8-21 @ 11:4/ AM
Defense Case:
Re: KSP Trooper
Used Flashlight to strike
upper leg muscle mass.
* Prior Discipline for same.
* Denied hitting @ deposition
? * Charged w/ Criminal Perjury.
? * KSP ordered him not to use F/light.
Q: Was use of force justified?
Within standards?


EXHIBIT 9

From: wtgaut@aol.com,
To: jason.morgan@whtlaw.com,
Subject: From the Desk of Dr W T Gaut
Date: Thu, Nov 11, 2021 10:28 am

CELL: 859-496-7347

Jason,

Got your message about Court's approval for working as your expert.

I have two email addresses: My primary email is: wtgaut@aol.com

If you need to send large files (too large for aol), then use: wtgaut@gmail.com.

Your message mentioned "30 days..." If that is a deadline, you need to send files asap.

As luck would have it, my calendar is clear for the next 4 weeks....but, as you know, that could change quickly as Courts get back on track from Covid delays.

W T


Dr. William T. Gaut
9063 Autumn Haze Drive
Naples, Fl 34109

Telephone/Fax Number: (239) 593-8033

**From:** jason.morgan@whtlaw.com,
**To:** wtgaut@aol.com,
**Cc:** tanya.mirilovich@whtlaw.com, alex.wilcox@whtlaw.com,
**Subject:** RE: From the Desk of Dr W T Gaut
**Date:** Thu, Nov 11, 2021 10:41 am
**Attachments:**

Thank you Dr. Gaut. We are working to send you things today. Here is the order. We have to disclose by December 15th.

ORDER for proceedings held before Magistrate Judge Lanny King: Telephonic Status Conference held on 11/8/2021. Defendant's Motion to Amend is GRANTED (DN [47]). Expert Witness (Defendant) due by 12/15/2021. Expert Witness (Plaintiff-Rebuttal) due by 1/28/2022. All Expert Discovery due by 2/25/2022. Dispositive/Daubert Motions due by 3/25/2022. Pretrial Conference set for 9/6/2022 at 2:30 PM in Louisville Courtroom before Judge Rebecca Grady Jennings. Jury Trial set for 10/3/2022 at 9:30 AM in Louisville Courtroom before Judge Rebecca Grady Jennings. cc: Counsel, Jury Admin. (SMJ)

Jason Morgan

Ward
Hocker
Thornton

Vine Center

333 West Vine Street, Suite 1100

Lexington, KY 40507

P 859.422.6000

F 859.422.6001

www.whtlaw.com

*Information contained in this email transmission is privileged and confidential. If you are not the intended recipient, do not read, distribute or reproduce this transmission (including any attachments). If you have received this email in error, please delete it from your system without copying it, and notify the sender by reply email, so that our records can be corrected. Thank you.*

**From:** wtgaut@aol.com <wtgaut@aol.com>
**Sent:** Thursday, November 11, 2021 10:29 AM

**From:** jason.morgan@whtlaw.com,
**To:** wtgaut@aol.com,
**Subject:** Re: From the Desk of Dr W T Gaut
**Date:** Tue, Nov 30, 2021 2:19 pm

Yes sir yes

Sent from my I-phone

---

**From:** William Gaut <wtgaut@aol.com>
**Sent:** Tuesday, November 30, 2021 2:04:46 PM
**To:** Jason Morgan <jason.morgan@whtlaw.com>
**Subject:** Re: From the Desk of Dr W T Gaut

Tied up in depositions today and tomorrow…can we talk Friday?

W T

Sent from my iPad

> On Nov 30, 2021, at 11:31 AM, Jason Morgan <jason.morgan@whtlaw.com> wrote:
>
> You got time to catch up today?
>
> Jason Morgan
> <image001.png>
>
> Vine Center
> 333 West Vine Street, Suite 1100
> Lexington, KY 40507
> P 859.422.6000
> F 859.422.6001
> www.whtlaw.com
>
> *Information contained in this email transmission is privileged and confidential. If you are not the intended recipient, do not read, distribute or reproduce this transmission (including any attachments). If you have received this email in error, please delete it from your system without copying it, and notify the sender by reply email, so that our records can be corrected. Thank you.*

**From:** wtgaut@aol.com <wtgaut@aol.com>
**Sent:** Monday, November 29, 2021 2:47 PM
**To:** Jason Morgan <jason.morgan@whtlaw.com>
**Subject:** Re: From the Desk of Dr W T Gaut

Current W-9 is attached.

W T

**520.090 Resisting arrest.**

(1) A person is guilty of resisting arrest when he intentionally prevents or attempts to prevent a peace officer, recognized to be acting under color of his official authority, from effecting an arrest of the actor or another by:

    (a) Using or threatening to use physical force or violence against the peace officer or another; or

    (b) Using any other means creating a substantial risk of causing physical injury to the peace officer or another.

(2) Resisting arrest is a Class A misdemeanor.

    **Effective:** January 1, 1975

    **History:** Created 1974 Ky. Acts ch. 406, sec. 177, effective January 1, 1975.

Empty Hand Control techniques cover a number of subject control methods. Some methods may be as subtle as gently guiding a subject's movements, to more forceful techniques such as strikes, or kicks, which may have a higher potential of injury.

This level of control is designed to control low levels of resistance, but can be used to control any level of resistance. It can also be used for high levels of defensive resistance, active aggression, or aggravated active aggression. These techniques are applied when lower forms of control have failed and are not applicable when the subject's resistance level is at a dangerous level.

Control is delivered by use of techniques or strikes with an officer's open hand, fist, forearm, elbow, knee, leg or foot. In strikes, the target points are the major motor points of the median, radial, common peroneal, femoral, brachial plexus, or tibial nerve masses. This is accomplished by striking or blocking at major muscle mass such as the legs, arms, shoulders, or side of the neck and shoulder.