

# COMMONWEALTH VS. CZARTORSKI, THOMAS STANLEY

**JEFFERSON DISTRICT COURT**

**21-F-005128**

Filed on **07/09/2021** as **FELONY** with **HON. LISA L. LANGFORD**

**** NOT AN OFFICIAL COURT RECORD ****

## Parties                                                                 21-F-005128

**CZARTORSKI, THOMAS STANLEY** as **DEFENDANT / RESPONDENT**
DOB: **04/13/1990**   DLN: **C13443968 OPERATOR'S LICENSE - KENTUCKY** Race: **W** Sex: **M** Hispanic: **N** Eye Color: **HZ** Hair Color: **BK** Height: **600** Weight: **185**

| Address |
| --- |
| 302 BILTMORE RD |
| LOUISVILLE KY 40207 |

**HINDMAN, LT. JOHN**, as **COMPLAINING WITNESS**

| Address |
| --- |
| KENTUCKY STATE POLICE POST 4 |
| P.O. BOX 1297 |
| ELIZABETHTOWN KY 42701 |

**SCHNEIDER, JOSH** as **ATTORNEY-PRIVATE**

| Address |
| --- |
| 600 W MAIN STREET |
| SUITE 500 |
| LOUISVILLE KY 40202 |

**COMMONWEALTH OF KY**, as **VICTIM**

## Charges                                                                21-F-005128

### PERJURY - 1ST DEGREE - 523.020
CHARGE 1 ORIGINAL 0500310
Charged on **01/18/2021** by citation **1DS171544-1**

## Documents                                                              21-F-005128

**BOND DECISION** filed on **08/13/2021**

**SUBPOENA** filed on **08/16/2021**
CW HINDMAN, LT. JOHN, P-600-0060 `] PtyEntNum=0002`] SchDate=10/15/2021` ] SchRoom=HJ301 `] SchTime=09:00 AM`]

## Events                                                                 21-F-005128

**PRELIMINARY HEARING** scheduled for **10/15/2021 09:00 AM** in room **HJ301** with **HON. LISA L. LANGFORD**
spo

**ARRAIGNMENT** scheduled for **08/13/2021 09:00 AM** in room **HJ301** with **HON. LISA L. LANGFORD**

**Super Memo**
08/13/2021 ATTY PRESENT ATTORNEY PRESENT SCHNEIDER, JOSH ATTORNEY-PRIVATE DEF PRESENT{ON ZOOM /SERVE WARRANT BOOK AND RELEASE }C HG:1 PERJURY - 1ST DEGREE; CIT#: 1DS171544-1 PLEANotGuilty Continue Crt HJ301 (CRIMINAL COURTROOM 301) 10/15/2021 09:00 AM PRELIMINARY HEARING{spo } Waive Rule 4 AM^] Add Document BOND DECISION 08/13/2021



EXHIBIT 11

**Super Memo**                                                                                      21-F-005128

*E# 3989565 THE AFFIANT, LT JOHN H INDMAN KSP-60, SAYS THAT ON 1/18/2021, IN JEFFERSON COUNTY, KENTUCKY, THE ABOVE-NAMED DEFENDANT UNLAWFULLY...THE AFFIANT STATES THE FOLLOWING COMPLAINT AGAINST THE ABOVE NAMED DEFENDANT UNLAWFULLY: WHILE DEFT WAS UNDER OATH, DEFT MADE A MATERIAL STATEMENT KNOWING THAT THE INFORMATION IN THE STATEMENT WAS NOT TRUE. DEFT HAD BEEN INVOLVED IN AN ARREST OF A WANTED PERSON ON 4/9/2020 IN BULLITT COUNTY. DEFT, ALONG WITH OTHER KSP TROOPERS WERE LATER PRESENTED WITH A FEDERAL LAWSUIT INVOLVING THE WANTED MAN. A SWORN DEPOSITION WAS TAKEN FROM DEFT ON 1/18/2021. IN THE DEPOSITION, DEFT DENIED THAT HE STRUCK THE WANTED PERSON AT ALL. ON 1/29/2021, A VIDEO WAS RELEASED BY THE WANTED PERSON'S ATTORNEY WHICH SHOWED DEFT STRIKING THE WANTED PERSON WITH A FLASHLIGHT. KSP REPORT 04-21-0103.*

**Images**                                                                                          21-F-005128

**CITATION** filed on **07/09/2021**   *Page(s): 1*

\*\*\*\* End of Case Number : 21-F-005128 \*\*\*\*