# Receipt of Non-Electronic Document

**Case #:** 3:20-cv-00703-RGJ-LLK

**Date Filed:** March 23, 2022

**Filer & Counsel:** Kevin Hornback, et al & Christopher D. Wiest

**Received by:** Kim Ferguson

**Re: Document No., if applicable:**
DN 62

**Detailed Description of Document(s) filed, but NOT SCANNED:**

flash drive of videos