## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION (at Louisville)

| | | |
|---|---|---|
| **KEVIN HORNBACK, et. al.** | : | Case No. 3:20-CV-703 |
| **Plaintiffs** | : | Judge Jennings |
| v. | : | |
| **THOMAS CZARTORSKI, et. al.** | : | |
| **Defendants** | : | |

### ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE, OR IN THE ALTERNATIVE LIMIT, TESTIMONY OF WILLIAM GAUT, UNDER *Daubert v. Merrell Dow Pharm., Inc.*, 113 S. Ct. 2786 (1993)

On the Motion of Plaintiffs, and on the basis of *Daubert v. Merrell Dow Pharm., Inc.*, 113 S. Ct. 2786 (1993), William Gaut's testimony shall be precluded in full in this matter.

IT IS SO ORDERED:

_____