IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

***ELECTRONICALLY FILED***

| | |
|---|---|
| KEVIN HORNBACK, et. al. | : |
| PLAINTIFFS, | : Civil Action No. 3:20-CV-703-RGJ |
| v. | : |
| THOMAS CZARTORSKI, et. al. | : |
| DEFENDANTS. | : |

## DEFENDANTS' JOINT MOTION TO EXCLUDE PLAINTIFFS' EXPERT RONALD JANOTA

Come now the Defendants, Thomas Czartorski, Cameron Wright, and Kevin Dreisbach, by and through counsel, and jointly move this honorable Court to exclude the Report, Opinions, and Testimony of Plaintiffs' Expert, Ronald Janota, pursuant to Federal Rule of Evidence (hereinafter "Rule") 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993). Alternatively, Defendants seek to significantly limit the Report, Opinions, and Testimony of Plaintiffs' Expert. A Memorandum in Support is attached hereto and incorporated herein, and a proposed order attached.

Respectfully submitted,

WARD HOCKER & THORNTON, PLLC
333 West Vine Street, Suite 1100
Lexington, KY 40507
(859) 422-6000
jason.morgan@whtlaw.com

*/s/ Jason S. Morgan*
JASON S. MORGAN
*Attorney for Defendant Czartorski*

AND

COMMONWEALTH COUNSEL GROUP, PLLC
10343 Linn Station Road, Suite 100
Louisville, KY 40223
(502) 805-2303
parker@ccgattorneys.com
greg@ccgattorneys.com

*/s/ Parker M. Wornall*
PARKER M. WORNALL
GREGORY A. HEALY
*Attorney for Defendants Wright and Dreisbach*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of April, 2022, a true and correct copy of the foregoing was served via electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Christopher D. Wiest, Esq. | Thomas B. Bruns, Esq. |
| Chris Wiest, Attorney at Law, PLLC | Bruns, Connell, Vollmer, Armstrong |
| 25 Town Center Blvd, Suite 104 | 4750 Ashwood Dr., Suite 200 |
| Crestview Hills, KY 41017 | Cincinnati, OH 45241 |
| chris@cwiestlaw.com | tburns@bcvalaw.com |

Parker M. Wornall, Esq.
Gregory A. Healey, Esq.
Commonwealth Counsel Group, PLLC
10343 Linn Station Road, Suite 100
Louisville, KY 40223
greg@ccgattorneys.com
parker@ccgattorneys.com

                                              */s/ Jason S. Morgan*
                                              ATTORNEY FOR DEFENDANT,
                                              THOMAS CZARTORSKI

4853-3366-7355, v. 1