IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

***\*ELECTRONICALLY FILED\*\**

| | |
|---|---|
| KEVIN HORNBACK, et. al. | :  :  : |
| PLAINTIFFS, | : Civil Action No. 3:20-CV-703-RGJ  : |
| v. | :  : |
| THOMAS CZARTORSKI, et. al. | :  : |
| DEFENDANTS. | : |

## **ORDER**

Having come before the Court on Defendants, Thomas Czartorski, Cameron Wright, and Kevin Dreisbach, Joint Motion to Exclude the Report, Opinions and Testimony of Plaintiffs' Expert Ronald Janota pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993), the Court having reviewed the briefs and arguments of the parties and being otherwise sufficiently advised, it is hereby ORDERED that Defendants' Joint Motion is GRANTED. Ronald Janota's Report, Opinions and Testimony are precluded in full.

Entered this _____ day of _____, 2022.

_____
JUDGE, UNITED STATES DISTRICT
COURT, WESTERN DISTRICT OF
KENTUCKY, LOUISVILLE DIVISION

TENDERED AND PREPARED BY:

*/s/ Jason S. Morgan*
JASON S. MORGAN
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY 40507
*Counsel for Defendant Czartorski*

AND


*/s/ Parker M. Wornall*
PARKER M. WORNALL
GREGORY A. HEALY
Commonwealth Counsel Group, PLLC
10343 Linn Station Road, Suite 100
Louisville, KY 40223
*Counsel for Defendants Wright*
*And Dreisbach*

## CLERK'S DISTRIBUTION LIST

Christopher D. Wiest, Esq.
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

Thomas B. Bruns, Esq.
Bruns, Connell, Vollmer, Armstrong
4750 Ashwood Dr., Suite 200
Cincinnati, OH 45241
tburns@bcvalaw.com

Parker M. Wornall, Esq.
Gregory A. Healey, Esq.
Commonwealth Counsel Group, PLLC
10343 Linn Station Road, Suite 100
Louisville, KY 40223
greg@ccgattorneys.com
parker@ccgattorneys.com

Jason S. Morgan
Ward Hocker & Thornton, PLLC
333 W. Vine Street, Suite 1100
Lexington, KY 40507
jason.morgan@whtlaw.com