IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ELECTRONICALLY FILED**

| KEVIN HORNBACK, et. al. | : | |
|---|---|---|
| PLAINTIFFS, | : | Civil Action No. 3:20-CV-703-RGJ |
| v. | : | |
| THOMAS CZARTORSKI, et. al. | : | |
| DEFENDANTS. | : | |

## NOTICE OF SETTLEMENT AND REQUEST FOR TRIAL REMAND

Comes the Defendant, Thomas Czartorski, by and through counsel, and hereby gives notice to the Court that this matter has settled. The parties request sixty (60) days in which to coordinate settlement payment[1], execution of a release, and to submit an Agreed Entry of Dismissal. Lastly, the parties request that this matter be removed from the Court's active docket to allow the parties to conclude their settlement and submit closing documentation.

Respectfully submitted,

WARD HOCKER & THORNTON, PLLC
333 West Vine Street, Suite 1100
Lexington, KY 40507
(859) 422-6000
jason.morgan@whtlaw.com

*/s/ Jason S. Morgan*
JASON S. MORGAN
*Attorney for Defendant*

---

[1] Because this matter includes settlement with public funds, additional time is needed for payment and submission of a proposed dismissal entry.

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2022, a true and correct copy of the foregoing was served via electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Christopher D. Wiest, Esq.
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

Thomas B. Bruns, Esq.
Bruns, Connell, Vollmer, Armstrong
4750 Ashwood Dr., Suite 200
Cincinnati, OH 45241
tburns@bcvalaw.com

Parker M. Wornall, Esq.
Gregory A. Healey, Esq.
Commonwealth Counsel Group, PLLC
10343 Linn Station Road, Suite 100
Louisville, KY 40223
greg@ccgattorneys.com
parker@ccgattorneys.com

*/s/Jason S. Morgan*
ATTORNEY FOR DEFENDANT,
THOMAS CZARTORSKI