IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**\*\*ELECTRONICALLY FILED\*\***

| | |
|---|---|
| KEVIN HORNBACK, et. al. | : |
| PLAINTIFFS, | : Civil Action No. 3:20-CV-703-RGJ |
| v. | : |
| THOMAS CZARTORSKI, et. al. | : |
| DEFENDANTS. | : |

## ORDER OF DISMISSAL WITH PREJUDICE

By agreement and stipulation of the parties; and the Court being in all ways duly and sufficiently advised; all claims asserted by the Plaintiffs, Alex, Kevin Hornback and Sonja Hornback are hereby **DISMISSED WITH PREJUDICE.** Each party to bear his/her owns fees and costs.

So **ORDERED** this _____ day of January 2023

_____
HON. REBECCA GRADY JENNINGS
District Judge, United States District Court

**Have Seen and Agreed**

*/s/ Jason S. Morgan*
JASON S. MORGAN
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY 40507
*Counsel for Defendant Czartorski*

*/s/ Parker M. Wornall*        *(with 1/19/2023 email permission)*
PARKER M. WORNALL
GREGORY A. HEALY
Commonwealth Counsel Group, PLLC
10343 Linn Station Road, Suite 100
Louisville, KY  40223
*Counsel for Defendants Wright*
*And Dreisbach*

*/s/ Christopher D. Wiest*        *(with 1/19/2023 email permission)*
Christopher D. Wiest, Esq.
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
chris@cwiestlaw.com
*Counsel for Plaintiffs*

## CLERK'S DISTRIBUTION LIST

Christopher D. Wiest, Esq.
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

Thomas B. Bruns, Esq.
Bruns, Connell, Vollmer, Armstrong
4750 Ashwood Dr., Suite 200
Cincinnati, OH 45241
tburns@bcvalaw.com

Parker M. Wornall, Esq.
Gregory A. Healey, Esq.
Commonwealth Counsel Group, PLLC
10343 Linn Station Road, Suite 100
Louisville, KY 40223
greg@ccgattorneys.com
parker@ccgattorneys.com

Jason S. Morgan
Ward Hocker & Thornton, PLLC
333 W. Vine Street, Suite 1100
Lexington, KY 40507
jason.morgan@whtlaw.com